# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

MATTHEW D. SATTERWHITE,

    Plaintiff,

v.                                  CASE NO.: 3:21-cv-00775

PUBLIX SUPER MARKETS, INC.,

    Defendant.

_____/

## DEFENDANT'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendant PUBLIX SUPER MARKETS, INC. (hereinafter "Defendant"), by and through its undersigned counsel, hereby gives notice of removal of the case styled *Matthew D. Satterwhite v. Publix Super Markets, Inc.*, Case No. 102021CA000616, currently pending in the Circuit Court for the Fourth Judicial Circuit, in and for Clay, Florida (the "State Court Action"), to the United States District Court for the Middle District of Florida, Jacksonville Division. As grounds, Defendant states as follows:

1.    On or about July 19, 2021, Matthew D. Satterwhite ("Plaintiff") filed his Complaint with the Fourth Judicial Circuit, in and for Clay County, Florida, initiating the State Court Action. The Summons and Complaint were served upon Defendant on July 21, 2021. Pursuant to 28 U.S.C. § 1446(b), a true and legible copy of all processes, pleadings, motions and orders on file with the State Court Action is

attached hereto as **Exhibit "A"**. No further proceedings have occurred in the State Court Action.

2. Pursuant to 28 U.S.C. § 1446(b), Defendant has timely filed this Notice of Removal within thirty days after receipt of a copy of Plaintiff's initial pleading.

3. Removal to this Court is proper under 28 U.S.C. § 1446(a) because the United States District Court for the Middle District of Florida, Jacksonville Division, is the district and division within which the Circuit Court for the Fourth Judicial Circuit in and for Clay County, Florida, is located.

4. Pursuant to 28 U.S.C. § 1446(d), Defendant has provided written notice of the filing of this Notice of Removal to Plaintiff and has filed a true and correct copy of this Notice of Removal with the Clerk of the Circuit Court of the Fourth Judicial Circuit, in and for Clay County, Florida. *See* **Exhibit "B"**.

**I.   FEDERAL QUESTION.**

5. This Court has original jurisdiction over this action based on a federal question pursuant to 28 U.S.C. §1331, and therefore, this action is properly removable under 28 U.S.C. 1441(a).

6. In applying that statutory provision "[t]he presence or absence of federal question jurisdiction is governed by the 'well-pleaded complaint rule,' which provides that federal jurisdiction exists only when a federal question is presented on the face of the plaintiff's properly pleaded complaint." *Caterpillar, Inc. v. Williams*,

482 U.S. 386 (1987).

7. Plaintiff's Complaint alleges discrimination and retaliation in violation of Title I of the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. §§12111-12117. Accordingly, this Court has original jurisdiction over this action based on a federal question pursuant to 28 U.S.C. §§ 1331 and 1367, and the case is properly removable under 28 U.S.C. § 1441(b).

8. Venue is proper to this Court pursuant to 28 U.S.C. §1391(b) and the Local Rules of the United States District Court for the Middle District of Florida.

**WHEREFORE,** Defendant PUBLIX SUPER MARKETS, INC. respectfully requests that this Court take jurisdiction of this action and issue all necessary orders and process to remove *Matthew D. Satterwhite v. Publix Super Markets, Inc.*, Case No. 102021CA000616, from the Circuit Court for the Fourth Judicial Circuit, in and for Clay County, Florida, to the United States District Court for the Middle District of Florida, Jacksonville Division.

*[Signature Lines on Following Page]*

Dated: August 10, 2021.

Respectfully submitted,

/s/Jennifer Monrose Moore
Jennifer Monrose Moore, Esq.
Florida Bar Number 35602
Maja A. Hartzell, Esq.
Florida Bar Number 1022333
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
100 North Tampa Street, Suite 3600
Tampa, Florida  33602
Telephone: 813.289.1247
Facsimile:  813.289.6530
jennifer.moore@ogletree.com
maja.hartzell@ogletree.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 10, 2021, I filed the foregoing with the Court using the CM/ECF System. I further certify that I served the foregoing document and notice of electronic filing by Federal Express and e-mail to the following:

Adrienne A. Key, Esq., LL.M.
Key Legal Group, P.A.
301 West Bay Street, Suite 14164
Jacksonville, FL 32202
Email: info@klgfla.com
*Attorneys for Plaintiff*

/s/Jennifer Monrose Moore
Attorney

47998927.1