**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

MATTHEW D. SATTERWHITE,

    Plaintiff,

v.   Case No. 3:21-cv-775-TJC-JBT

PUBLIX SUPER MARKETS, INC.,

    Defendant.

_____

## O R D E R

On May 9, 2022, the Court directed the parties to file a joint motion for dismissal or other appropriate documents to close out this file by July 5, 2022 or the case would be automatically dismissed without prejudice. (Doc. 37). The parties did not do so; therefore, the case is dismissed without prejudice. The Clerk is directed to close the file.

**DONE AND ORDERED** in Jacksonville, Florida the 16th day of November, 2022.



TIMOTHY J. CORRIGAN
United States District Judge

ckm
Copies:

Counsel of record